IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Correll Pickett,<br><br>Plaintiff,<br><br>v.<br><br>Cox and Janerfer,<br><br>Defendants. | C/A No. 4:25-cv-12983-SAL-TER<br><br>**ORDER** |

Plaintiff Correll Pickett, proceeding pro se and in forma pauperis, brings this action under 42 U.S.C. § 1983 alleging violations of his constitutional rights while he was detained at the J. Reuben Long Detention Center. [ECF No. 14.] This matter is currently before the court for review of the Report and Recommendation (the "Report") issued by United States Magistrate Judge Thomas E. Rogers III on August 31, 2026. [ECF No. 56.] Magistrate Judge Rogers recommends granting the motion to dismiss filed by Defendant Brooks Cox, ECF No. 38, and denying the motion to dismiss filed by Defendant Jennifer Lawson,[1] ECF No. 45. Magistrate Judge Rogers advised the parties that they had 14 days to file specific written objections to the Report and warned them of the consequences of failing to do so. [ECF No. 56 at 7.] To date, however, no objections have been filed.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a

[1] Defendant Lawson states that she is incorrectly identified as "Janerfer" in the complaint. [ECF No. 45-1 at 1.]

*de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standards, the court finds no clear error, adopts the Report, ECF No. 56, and incorporates it by reference herein. Defendant Cox's motion to dismiss, ECF No. 38, is **GRANTED**, while Defendant Lawson's motion to dismiss, ECF No. 45, is **DENIED**. This matter remains referred to the magistrate judge for further pretrial proceedings.

**IT IS SO ORDERED.**

Sherri A. Lydon

October 15, 2026
Columbia, South Carolina

Sherri A. Lydon
United States District Judge